07 C 6722

JUDGE ZAGEL
MAGISTRATE JUDGE KEYS

# EXHIBIT F

# THE CINCINNATI INSURANCE COMPANY

P.O. BOX 145496, CINCINNATI, OHIO 45250-5496
(513) 870-2000

This is a true & certified copy of the
General Liability portion of policy.

Marc Phillips, Vice President

A Stock Insurance Company

CPP 073 18 29

Previous Policy No.

## COMMON POLICY DECLARATIONS

RENEWAL

| DECLARATIONS | POLICY NUMBER   **CPP 073 18 29 / CPA 073 18 29** |
|---|---|

**NAMED INSURED** GREG GREENHILL CONSTRUCTION CO., INC.
                  5419 HAYDEN LANE
**ADDRESS**       RINGWOOD, IL 60072
(Number & Street,
Town, County,
State & Zip No.)

MV3 PMS  MAR 0 6 2003

**Policy Period:**  At 12:01 A.M., STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**All coverages except Automobile and/or Garage**
   Policy number:  **CPP 073 18 29**        FROM:  **02-23-2003**   TO:  **02-23-2004**

**Automobile and/or Garage**
   Policy number:  **CPA 073 18 29**        FROM:  **02-23-2003**   TO:  **02-23-2004**

Agency   **T.J. ADAMS GROUP LLC 12-207**
City   **LOMBARD, IL**

**Legal Entity/Business Description**
**CORPORATION**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

FORMS APPLICABLE TO ALL COVERAGE PARTS: (show numbers)

**REFER TO IA901**   CPP

RG8 PMS  MAR 0 5 2003

**TAX ID #005144**

DATA ENTRY

**SP3 LB8**
**02-27-2003**

MOD   P   02   MAR 0 5 2003
                              RECEIVED

Countersigned _____   By _____
                        (Date)                        (Authorized Representative)

IN WITNESS WHEREOF, this policy has been signed by our President and Secretary in the City of Fairfield, Ohio, but this policy shall not be binding upon us unless countersigned by an authorized representative of ours.  This provision does not apply in Arizona, Virginia and Wisconsin.

Kenneth W. Steher

Secretary

John Schiff Jr.

President

**COMPANY COPY**

000001

IA 501 02 01

Page 1 of 2

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections and Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer of Your Rights and Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**000002**

Copyright, Insurance Services Office, Inc., 1998

Attached to POLICY
NUMBER **CPP 073 18 29 / CPA 073 18 29**

# SUMMARY OF PREMIUMS CHARGED

### THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM CHARGE IS INDICATED

| | |
|---|---|
| Commercial Property Coverage Part | $ **2,083** |
| Commercial General Liability Coverage Part | $ **34,256** |
| Commercial Crime Coverage Part | $ |
| Commercial Umbrella / Excess Liability Coverage | $ |
| **CONTRACTORS EQUIPMENT** | $ **11,208** |
| **ELECTRONIC DATA PROCESSING** | $ **54** |
| **GENERAL FLOATER** | $ **150** |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Installment Charge | $ **20** |
| Sub-Total | $ **47,771** |
| Commercial Auto Coverage Part | $ **19,437** |
| Auto Installment Charge | $ **INCL** |
| Terrorism Coverage | $ **0** |
| Annual Total | $ **67,208** |

## PAYMENTS

| | All Other | + | Auto | = | Total Installment | |
|---|---|---|---|---|---|---|
| | First Installment | Remaining Installment | First Installment | Remaining Installment | First Installment | Remaining Installment |
| ☐ SEMI-ANNUAL | $ | $ | + $ | $ | = $ | $ |
| ☒ QUARTERLY | $**11,942** | $**11,942** | +$**4,860** | $ **4,860** | =$**16,802** | $**16,802** |

Automobile Coverages, Employers Liability, Employment Practices Liability Coverage, Professional Liability Coverage, Terrorism Coverage and / or Wrongful Acts Coverage, if included in the policy, are subject to Annual Adjustment of rates and premium on each anniversary of the policy.

Commercial Umbrella and Excess Liability, if included in the policy, may be subject to Annual Adjustment of premium on each anniversary. Refer to the Commercial Umbrella or Excess Liability Coverage Part Declarations form to see if this is applicable.

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

IA 102 02 03

000003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LOCATIONS

| ITEM | STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|----------------|------|-------|----------|
| 1. | 5419 HAYDEN LANE RINGWOOD, IL 60072 | | | |

000004

IA 904 01 92

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SUPPLEMENTAL ENDORSEMENT

**FORMS AND/OR ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IA102 | 02/03 | IA904 | 01/92 | IA901 | 01/92 | IA4179 | 10/98 |
| CA1139 | 01/86 | IL0118 | 06/97 | IL0284 | 05/90 | IP409IL | 01/91 |
| IA4236 | 11/02 | IA4238 | 02/03 | IP446 | 08/01 | IA4006 | 05/99 |
| FM501 | 06/94 | GA501 | 07/98 | MA508 | 01/97 | MA524 | 01/93 |
| MA502 | 01/97 | AA501 | 07/97 | | | | |

000005

IA901 01 92

# POLICYHOLDER NOTICE

**NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO RE-PLACE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE PROVISIONS OF THE POL-ICY SHALL PREVAIL.**

The Inspections and Surveys condition in your policy has been expanded by addition of an explicit statement that certain of its provisions do not apply to certification of boilers, pressure vessels or elevators mandated by state or municipal statutes, ordinances or regulations. The provisions specified as inapplicable are those stip-ulating that:

- Inspections, surveys, reports or recommendations do not warrant that conditions are safe, healthful or in compliance with laws, regulations, codes or standards; and

- The insurer is not obligated to make inspections, surveys, reports or recommendations.

Contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1998

IA 4179 10 98

000006

# IMPORTANT NOTICE

The address of the Complaint Department of The Cincinnati Insurance Company is P. O. Box 145496, Cincinnati, Ohio, 45250-5496.

The address of the Public Service Division of the Department of Insurance is 320 West Washington, Springfield, Illinois, 62767.

**000007**

CA 1139 01 86

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**
**COMMERCIAL PROPERTY COVERAGE PART**
**FARM COVERAGE PART**
**STANDARD PROPERTY POLICY**

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99** or to the Businessowners Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

   **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes;

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

   **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      **(1)** You demanded the appraisal; and

      **(2)** The full amount of loss, as set by your appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

   **(1)** Was made with actual intent to deceive; or

   **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

   **(1)** This Coverage Part or Coverage Form;

   **(2)** The Covered Property;

   **(3)** Your interest in the Covered Property; or

   **(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

 Copyright, Insurance Services Office, Inc., 1996    **000008**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The CANCELLATION Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9 and 10 below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9 and 10 below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

   If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation:

   **a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   **b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

      **(1)** Seasonal unoccupancy; or

      **(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   **c.** The building has:

      **(1)** An outstanding order to vacate;

      **(2)** An outstanding demolition order; or

      **(3)** Been declared unsafe in accordance with the law.

   **d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

10. **RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

IL 02 84 05 90

Copyright, Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc., 1990

**Page 1 of 2**

000009

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

The provisions of paragraphs 9 and 10 above do not apply to coverage under the Glass Coverage Form.

11. For insurance provided under the **COMMERCIAL PROPERTY COVERAGE PART**, the following applies:   **GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

a. The broker, if known to us, or the agent of record; and

b. The last known mortgagee or lienholder named in the policy at the last mailing address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

2. The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

a. The policy was obtained by misrepresentation or fraud;

b. The risk originally accepted has measurably increased; or

c. You received 60 days' notice of our intent not to renew as provided in 1. above.

The provisions of paragraph B.2. above do not apply to coverage under the Glass Coverage Form.

**000010**

Copyright, Insurance Services Office, Inc., 1990
Copyright, ISO Commercial Risk Services, Inc., 1990

# IMPORTANT INFORMATION TO POLICYHOLDERS
## ILLINOIS

In the event you need to contact someone about this policy for any reason, please contact your agent.  If you have additional questions, you may contact the insurance company issuing this policy at the following address or telephone collect:

The Cincinnati Insurance Company
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Telephone (513) 870-2278

The Cincinnati Casualty Company
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Telephone (513) 870-2278

The Cincinnati Indemnity Company
P.O. Box 145496
Cincinnati, Ohio 45250-5496
Telephone (513) 870-2278

IP 409IL (1/91)

000011

# POLICYHOLDER NOTICE

# TERRORISM INSURANCE COVERAGE

**THIS POLICYHOLDER NOTICE DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

We are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act of 2002.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

**Act of Terrorism:**

As defined in Section 102(1) of the Act, the term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**NOTE:**    **IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT OF 2002 FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**

IA 4236 11 02                                                      000012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements subject to the federal Terrorism Risk Insurance Act of 2002 and any amendments thereto**

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 and any amendments thereto. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B. Cap On Losses from Certified Acts of Terrorism**

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002 and any amendments thereto, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**C. Application of Other Exclusions**

The inapplicability, omission or absence of a terrorism exclusion does not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or endorsement such as losses excluded by:

1. Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination; or

2. Any other exclusion,

regardless if the "certified act of terrorism" contributes concurrently or in any sequence to the loss.

**D. Sunset Clause**

If the federal Terrorism Risk Act of 2002 and any amendments thereto expires or is repealed, then this endorsement is null and void for any act of terrorism that takes place after the expiration or repeal of the Act.

Includes copyrighted material of ISO Properties, Inc. and American Association of Insurance Services, with their permission.

IA 4238 02 03

000013

# THE CINCINNATI INSURANCE COMPANY
# THE CINCINNATI CASUALTY COMPANY
# THE CINCINNATI INDEMNITY COMPANY

## NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company. The information disclosed in the application and all information subsequently collected by any of these companies may be shared among all three.

IP 446 08 01

# THE CINCINNATI INSURANCE COMPANY

### P.O. BOX 145496, CINCINNATI, OHIO 45250-5496
#### A Stock Insurance Company

# COMMERCIAL GENERAL LIABILITY COVERAGE
# PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **CPP 073 18 29**    Effective Date: **02-23-2003**

Named Insured:   **IS THE SAME AS IT APPEARS ON THE COMMON POLICY DECLARATION**

## LIMITS OF INSURANCE

| | |
|---|---|
| EACH OCCURRENCE LIMIT | $ **1,000,000** |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ **2,000,000** |
| PERSONAL & ADVERTISING INJURY LIMIT | $ **1,000,000** |
| FIRE OR EXPLOSION DAMAGE LIMIT $100,000 limit unless otherwise indicated herein: | $ **REFER TO GA233** ANY ONE FIRE OR EXPLOSION |
| MEDICAL EXPENSE LIMIT $5,000 limit unless otherwise indicated herein: | $ **REFER TO GA233** ANY ONE PERSON |

| CLASSIFICATION | CODE NO. | PREMIUM BASIS<br>A - Area<br>B - Payroll<br>C - Gross Sales<br>D - Units<br>E - Other | RATE Products/ Completed Operations | RATE ALL OTHER | ADVANCE PREMIUM Products/ Completed Operations | ADVANCE PREMIUM ALL OTHER |
|---|---|---|---|---|---|---|
| AUTOMATIC ADD. INSURED- CONTRACTORS OPERATIONS | 29970 | | | | | 1,578 |
| CONTRACTORS BROADENED COVERAGE | 29975 | | | | | 1,105 |
| CONT.-REPAIR FOR BLDG. | 91585 | E 271,400 | 1.163 | .399 | 316 | 108 |
| DRIVEWAY,PARKING,SIDEWALK | 92215 | B 1,900,000 | 1.875 | 14.519 | 3,563 | 27,586 |
| STREET CLEANING INCL PROD AND/OR COMP OP | 99303 | B IF ANY | | 10.952 | | STA |

| The General Liability Coverage Part is subject to an annual minimum premium. | TOTAL ANNUAL PREMIUM | $34,256 |
|---|---|---|

FORMS AND/OR ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IA450A | 11/87 | GA101 | 01/95 | CG0198 | 08/90 | GA4089IL | 01/99 |
| GA490IL | 11/99 | GA236 | 01/01 | GA4092 | 01/99 | CG0300 | 10/93 |
| GA233 | 11/00 | GA321 | 01/95 | GA373 | 09/01 | | |

000015

GA 501 07 98

## QUICK REFERENCE

# COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**
Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

**SECTION I--COVERAGES**                                           **Beginning on Page**

Coverage A--            Insuring Agreement ............................................. 1
Bodily Injury and Property    Exclusions ......................................................... 1
Damage Liability

Coverage B--            Insuring Agreement ............................................. 4
Personal and Advertising    Exclusions ......................................................... 4
Injury Liability

Coverage C--            Insuring Agreement ............................................. 5
Medical Payments        Exclusions ......................................................... 5

Supplementary Payments ................................................................. 5

**SECTION II--WHO IS AN INSURED** .................................................. 6

**SECTION III--LIMITS OF INSURANCE** ............................................. 7

**SECTION IV--COMMERCIAL GENERAL LIABILITY CONDITIONS**
Bankruptcy ..................................................................................... 7
Duties In The Event Of Occurrence, Offense, Claim Or Suit .................... 7
Legal Action Against Us ................................................................... 8
Other Insurance ............................................................................. 8
Premium Audit ................................................................................ 8
Representations .............................................................................. 9
Separation Of Insureds .................................................................... 9
Transfer Of Rights Of Recovery Against Others To Us .......................... 9
Two Or More Coverage Forms Or Policies Issued By Us ....................... 9
When We Do Not Renew .................................................................. 9

**SECTION V--DEFINITIONS** ............................................................. 9

**NUCLEAR ENERGY LIABILITY EXCLUSION** ..................................... 13

**COMMON POLICY CONDITIONS**
Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

000016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - AUTO RACING

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

COMMERCIAL GENERAL LIABILITY COVERAGE FORM, GA 101, is amended as follows:

I.   SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions is amended to add the following:

    p.   **Auto Racing**

      "Bodily injury" or "property damage" arising from the ownership, sponsorship, maintenance, operations, use, loading or loading of any "auto" while being used in any prearranged or organized racing, speed or demolition contest or stunting activity. This insurance also does not apply while any "auto" is being prepared for or practicing for such a contest or activity.

II.   SECTION I - COVERAGES, COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions is amended to add the following:

    d.   "Personal injury" or "advertising injury" arising from the ownership, sponsorship, maintenance, operations, use, loading or unloading of any "auto" while being used in any prearranged or organized racing, speed or demolition contest or stunting activity. This insurance also does not apply while the "auto" is being prepared for or practicing for such a contest or activity.

**000017**

IA 450 11 87 A

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I--COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

        (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2) The "bodily injury" or "property damage" occurs during the policy period.

    c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

    This insurance does not apply to:

    a. **Expected or Intended Injury**

        "Bodily injury" or "property damage" which may reasonably be expected to result from the intentional or criminal acts of an insured or which is in fact expected or intended by the insured, even if the injury or damage is of a different degree or type than actually expected or intended. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

    b. **Contractual Liability**

        "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

        (1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

        (2) That the insured would have in the absence of the contract or agreement.

    c. **Liquor Liability**

        "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

        (1) Causing or contributing to the intoxication of any person;

        (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

        (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

        This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

    d. **Workers Compensation and Similar Laws**

        Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

**000018**

**e.   Employer's Liability**

"Bodily injury" to:

(1)  An "employee" of the insured arising out of and in the course of:

(a)  Employment by the insured; or

(b)  Performing duties related to the conduct of the insured's business; or

(2)  The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1)  Whether the insured may be liable as an employer or in any other capacity; and

(2)  To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.   Pollutant**

(1)  "Bodily injury" or "property damage" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a)  At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, this exclusion does not apply to "bodily injury" to any person injured while on any premises, site or location owned or occupied by, or rented or loaned to, you provided the injury is caused by the inadequate ventilation of vapors and the person injured is first exposed to such vapors during the policy period and, within 30 days of such first exposure, the person injured is clinically diagnosed or treated by a physician for the medical condition caused by the exposure to such vapors. This exception shall apply only to Named Insureds; we shall have no duty to defend or pay damages for any person or organization that is not a Named Insured.

For the purpose of the exception granted in this subparagraph (a) only, vapors means any gaseous or airborne irritant

or airborne contaminant, other than asbestos, which is discharged, dispersed, or released or escapes from materials, machinery or equipment used in the service or maintenance of the premises. Vapors does not mean any gaseous or airborne irritants or contaminants used in a manufacturing process or which is the product or by-product of any manufacturing process;

(b)  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c)  Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d)  At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i)  If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

(ii)  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants.

Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2)  Any loss, cost or expense arising out of any:

(a)  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b)  Claim or "suit" by or on behalf of a governmental authority for

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

**000019**

damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed. Pollutants include but are not limited to substances which are generally recognized in industry or government to be harmful or toxic to persons, property or the environment.

Exclusion **f. Pollutant** applies to every injury to person or property caused directly or indirectly by pollutants regardless of whether:

    **(a)** The insured is regularly or otherwise engaged in activities which taint or degrade the environment; or

    **(b)** The insured uses, generates or produces the pollutant.

**g.   Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 50 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h.   Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.   War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.   Damage to Property**

"Property damage" to:

**(1)** Property you own, rent or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of an insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.   Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.   Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

**000020**

the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall of Products, Work or Impaired Property**

Any liability or damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Asbestos**

"Bodily injury" or "property damage" arising out of, attributable to, or any way related to asbestos, in any form or transmitted in any manner.

Exclusions c. through o. do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as

damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS--COVERAGES A AND B.

**b.** This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**b.** "Personal injury" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge,

Copyright ©1994 The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company and contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1992

000021

dispersal, seepage, migration, release or escape of pollutants at any time; or any loss, cost or expense arising out of any:

(1) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed. Pollutants include but are not limited to substances which are generally recognized in industry or government to be harmful or toxic to persons, property or the environment.

c. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY     PAYMENTS-- COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the inves-

Copyright ©1994 The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company and contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1992

000022

tigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II--WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

      (1) "Bodily injury" or "personal injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited li-

ability company), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

000023

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III--LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

3. The Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

4. Subject to the limits described in **2.** above and **5.** and **6.** below, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C;

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

5. The Fire or Explosion Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to

premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion.

6. The Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV--COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

Copyright ©1994 The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company and contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1992

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b.** **Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire or Explosion insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverages A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over any other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** The premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for pre-

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

**000025**

mium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

10. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

# SECTION V--DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organiza-

tion or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

Advertising means an advertisement, publicity article, broadcast or telecast.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in **a.** above; or

(b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

**000026**

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

9. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

Copyright ©1994 The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company and contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1992

000027

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**14. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned.

**b.** "Your work" will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**15.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which money damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent; or

**c.** An appeal of a civil proceeding.

**17.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

Copyright ©1994 The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company and contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1992

000028

    **(2)** Others trading under your name; or

    **(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**18.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**19..** "Your work" means:

    **a.** Work or operations performed by you or on your behalf; and

    **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

    **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **b.** The providing of or failure to provide warnings or instructions.

Copyright ©1994 The Cincinnati Insurance Company,
The Cincinnati Casualty Company and
The Cincinnati Indemnity Company and
contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

000029

# NUCLEAR ENERGY LIABILITY EXCLUSION
## (Broad Form)

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

        (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

        (3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "hazardous properties" include radioactive, toxic or explosive properties;

    "nuclear material" means "source material", "special nuclear material" or "by-product material";

    "source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

    "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

    "waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility";

    "nuclear facility" means:

        (a) Any "nuclear reactor";

        (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

        (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

        (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

    and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

    "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

    "property damage" includes all forms of radioactive contamination of property.

Copyright ©1994 The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company and contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1992

**000030**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Condition 2, DUTIES IN THE EVENT OF OCCUR-RENCE, CLAIM OR SUIT (SECTION IV) is replaced by the following:

2. **Duties In the Event of Occurrence, Offense, Claim or Suit.**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and,

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and,

      (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and,

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

*000031*

Copyright, Insurance Services Office, Inc., 1990

# NOTICE TO POLICYHOLDERS -
# ADDITIONAL INSURED CHANGES

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement. This notice does not reference every editorial change made to these endorsements.

Please read your policy, and the endorsements attached to your policy, carefully.

## BROADENINGS OF COVERAGE

**GA 4092 01 99 - Amendment of Other Insurance Condition (Occurrence Version)**
**CG 00 56 03 97 - Amendment of Other Insurance Condition (Claims-Made Version)**

These endorsements amend the OTHER INSURANCE Condition in the CGL policy to make an insured's own CGL coverage excess insurance over the insurance provided by any other liability policy when that same insured is covered by that other policy as an additional insured. Since primary coverage in those situations will be provided by another policy, the insured's limits of insurance will be less likely to be affected by losses covered by the other policy under its additional insured endorsement. Coverage provided to an insured that is not named as an additional insured on another policy will continue to apply as primary insurance.

**CG 20 21 01 96 - Additional Insured - Volunteer Workers**
**CG 20 22 01 96 - Additional Insured - Church Members, Officers and Volunteer Workers**
**CG 20 30 01 96 - Oil or Gas Operations - Nonoperating, Working Interests**

These endorsements are revised to acknowledge the existence of a new form of business entity known as the limited liability company and by specifying members and managers of limited liability companies as insureds.

**GA 472 01 99 - Automatic Additional Insured - When Required in Contract or Agreement with You**

Certificates of insurance are now required only for oral contracts or agreements, not written.

**GA 443 IL 01 99 - Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization (For Use When Contractual Liability Coverage is Not Provided to You in this Policy)**

**GA 472 IL 01 99 - Automatic Additional Insured - When Required in Contract or Agreement with You**

**GA 4077 IL 01 99 - Additional Insured - Engineers, Architects, or Surveyors (Commercial General Liability Coverage Part)**

**GA 4078 IL 01 99 - Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization**

**GA 4080 IL 01 99 - Additional Insured - State or Political Subdivisions - Permits (Commercial General Liability Coverage Part)**

**GA 4081 IL 01 99 - Additional Insured - State or Political Subdivisions - Permits Relating to Premises**

**GA 4082 IL 01 99 - Additional Insured - Vendors**

**GA 4084 IL 01 99 - Additional Insured - Designated Person or Organization**

**GA 4087 IL 01 99 - Additional Insured - Engineers, Architects, or Surveyors (Owners and Contractors Protective Liability Coverage Part)**

**GA 4091 IL 01 99 - Additional Insured - State or Political Subdivisions - Permits (Owners and Contractors Protective Liability Coverage Part)**

Added an excess clause to the above additional insured forms. The excess clause makes the coverage excess over other insurance available to the additional insured as an additional insured on another policy, but only when that other insurance is written on an excess basis.

## RESTRICTIONS OF COVERAGE

**GA 443 01 99 - Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization (For Use When Contractual Liability Coverage is Not Provided to You in this Policy)**

**GA 472 01 99 - Automatic Additional Insured - When Required in Contract or Agreement with You**

Contains copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995, 1996

**GA 4089 IL 01 99**

000032

GA 4075 01 99 -  Additional Insured - Concessionaires Trading Under Your Name (Commercial General Liability Coverage Part)

GA 4076 01 99 -  Additional Insured - Concessionaires Trading Under Your Name (Products/Completed Operations Coverage Part)

GA 4077 01 99 -  Additional Insured - Engineers, Architects, or Surveyors (Commercial General Liability Coverage Part)

GA 4078 01 99 -  Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization

GA 4079 01 99 -  Additional Insured - Managers or Lessors of Premises

GA 4080 01 99 -  Additional Insured - State or Political Subdivisions - Permits (Commercial General Liability Coverage Part)

GA 4081 01 99 -  Additional Insured - State or Political Subdivisions - Permits Relating to Premises

GA 4083 01 99 -  Additional Insured - Owners or Other Interests from Whom Land Has Been Leased

GA 4084 01 99 -  Additional Insured - Designated Person or Organization

GA 4086 01 99 -  Additional Insured - Grantor of Franchise

GA 4087 01 99 -  Additional Insured - Engineers, Architects, or Surveyors (Owners and Contractors Protective Liability Coverage Part)

GA 4091 01 99 -  Additional Insured - State or Political Subdivisions - Permits (Owners and Contractors Protective Liability Coverage Part)

Added a sole negligence exclusion to the above additional insured forms.  Coverage does not apply to liability arising out of the additional insured's sole negligence.

GA 472 01 99 -    Automatic Additional Insured - When Required in Contract or Agreement with You

GA 4078 01 99 -  Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization

Added an architects, engineers, or surveyors professional exclusion.

GA 4085 01 99 -  Additional Insured - Lessor of Leased Equipment

Added a willful misconduct exclusion to the sole negligence exclusion, expanded the scope of the exclusion to apply to Personal and Advertising Injury, and expanded the scope of the exclusion to apply to the sole negligence and willful misconduct of the additional insured's employees.

000033

Contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995, 1996

GA 4089 IL 01 99

CLARIFICATIONS OF COVERAGE ;.ls normal 0;.sb-.02i;.hr 0 32;.sb;.ls

**GA 443 01 99 -** **Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization (For Use When Contractual Liability Coverage is Not Provided to You in this Policy)**

**GA 472 01 99 -** **Automatic Additional Insured - When Required in Contract or Agreement with You**

**GA 4078 01 99 -** **Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization**

The titles of these endorsements have been revised to more accurately describe the intended use of these endorsements. Added language to clarify that the additional insured endorsement does not increase the limits of insurance afforded under the CGL.

**GA 4077 01 99 -** **Additional Insured - Engineers, Architects, or Surveyors (Commercial General Liability Coverage Part)**

**GA 4087 01 99 -** **Additional Insured - Engineers, Architects, or Surveyors (Owners and Contractors Protective Liability Coverage Part)**

The list of professional services performed by architects, engineers or surveyors has been revised to conform to standard industry terms.

**000034**

Contains copyrighted material of Insurance
Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995, 1996

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CLAIMS MADE CONTRACTORS ERRORS AND OMISSIONS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
ILLINOIS CONTRACTORS' LIMITED WORKSITE POLLUTION LIABILITY COVERAGE FORM
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** **Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this Coverage Part by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least;

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for

all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the First Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:

   **a.** You; and

   **b.** The broker, if known to us, or the agent of record.

2. Even if we do not comply with these terms, this policy will terminate:

   **a.** On the expiration date if:

      **(1)** You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

**000035**

Contains copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987

(2) We have indicated our willingness to renew this policy to you or your representative; or

(3) You have notified us or our agent that you do not want to renew this policy.

b.  On the effective date of any other insurance replacing this policy.

**C. Mailing of Notices**

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us.  Proof of mailing will be sufficient proof of notice.

000036

Contains copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1987

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCESS COVERAGE - CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance, b. Excess Insurance** is amended to include the following:

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis except when such insurance is written specifically to be excess over this insurance, and shall not be contributory:

(1)  That is a consolidated (wrap-up) insurance program which has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.

Includes copyrighted material of Insurance
Services Office, Inc., with its permission.

GA 236 01 01

000037

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF OTHER INSURANCE CONDITION (OCCURRENCE VERSION)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)**

Paragraph **4.b.** of the **Other Insurance** Condition - (SECTION IV - COMMERCIAL GENERAL LIABIL-ITY CONDITIONS) is replaced by the following:

4.  Other Insurance

    b.  **Excess Insurance**

        This insurance is excess over:

        (1)  Any of the other insurance, whether primary, excess, contingent or on any other basis:

            (a)  That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

            (b)  That is Fire or Explosion insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

            (c)  If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of COVERAGE **A** (SECTION I).

        (2)  Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under COVERAGES **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    (1)  The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    (2)  The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

Contains copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1996

000038

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| COVERAGE | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | $ NONE | $ NONE |
| OR | | |
| Property Damage Liability | $ NONE | $ 500 |
| OR | | |
| Bodily Injury Liability and/or | | |
| Property Damage Liability Combined | $ NONE | $ NONE |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

THE STATED DEDUCTIBLE APPLIES TO BODILY INJURY LIABILITY AND/OR PROPERTY DAMAGE LIABILITY EXCEPT FOR INJURY OR DAMAGE ARISING OUT OF, RESULTING FROM, CAUSED BY, CONTRIBUTED TO, OR IN ANY WAY RELATED TO ANY BACTERIA OR FUNGI ON OR WITHIN A BUILDING OR STRUCTURE, INCLUDING ITS CONTENTS, WHETHER OCCURRING SUDDENLY OR GRADUALLY. FUNGI MEANS ANY TYPE OR FORM OF FUNGUS, AND INCLUDES, BUT IS NOT LIMITED TO, ANY FORM OR TYPE OF MOLD, MUSHROOM OR MILDEW AND ANY MYCOTOXINS, SPORES, SCENTS OR BYPRODUCTS PRODUCED OR RELEASED BY FUNGI.

1. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

2. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

   a. **PER CLAIM BASIS.** If the deductible amount indicated is the Schedule above in on a per claim basis, that deductible applies as follows:

      (1) Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

      (2) Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

      (3) Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

         (a) "Bodily injury";

         (b) "Property damage"; or

         (c) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

000039

CG 03 00 10 93        Copyright, Insurance Services Office, Inc., 1992        Page 1 of 2

**b.  PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

(1)  Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

(2)  Under Property Damage Liability Coverage, to all damages because of "property damage"; or

(3)  Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

(a)  "Bodily injury";

(b)  "Property damage"; or

(c)  "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**3.**  The terms of this insurance, including those with respect to:

(a)  Our right and duty to defend any "suits" seeking those damages; and

(b)  Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**4.**  We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

000040

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

### SCHEDULE

| COVERAGE | Amount and Basis of Deductible | |
|---|---|---|
| | **PER CLAIM** or **PER OCCURRENCE** | |
| Bodily Injury Liability | $ **NONE** | $ **NONE** |
| OR | | |
| Property Damage Liability | $ **25,000** | $ **NONE** |
| OR | | |
| Bodily Injury Liability and/or | | |
| Property Damage Liability Combined | $ **NONE** | $ **NONE** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**THE STATED DEDUCTIBLE APPLIES TO BODILY INJURY LIABILITY AND/OR PROPERTY DAMAGE LIABILITY ARISING OUT OF, RESULTING FROM, CAUSED BY, CONTRIBUTED TO, OR IN ANY WAY RELATED TO ANY BACTERIA OR FUNGI ON OR WITHIN A BUILDING OR STRUCTURE, INCLUDING ITS CONTENTS, WHETHER OCCURRING SUDDENLY OR GRADUALLY. FUNGI MEANS ANY TYPE OR FORM OF FUNGUS, AND INCLUDES, BUT IS NOT LIMITED TO, ANY FORM OR TYPE OF MOLD, MUSHROOM OR MILDEW AND ANY MYCOTOXINS, SPORES, SCENTS OR BYPRODUCTS PRODUCED OR RELEASED BY FUNGI.**

1.  Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of the deductible amounts stated in the Schedule above as applicable to such coverages.

2.  You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    a.  **PER CLAIM BASIS.** If the deductible amount indicated is the Schedule above in on a per claim basis, that deductible applies as follows:

        (1)  Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

        (2)  Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

        (3)  Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

            (a)  "Bodily injury";

            (b)  "Property damage"; or

            (c)  "Bodily injury" and "property damage" combined

        as the result of any one "occurrence".

        If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

        With respect to "property damage", person includes an organization.

000041

Copyright, Insurance Services Office, Inc., 1992

**b.** **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

(1) Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

(2) Under Property Damage Liability Coverage, to all damages because of "property damage"; or

(3) Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

(a) "Bodily injury";

(b) "Property damage"; or

(c) "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**3.** The terms of this insurance, including those with respect to:

(a) Our right and duty to defend any "suits" seeking those damages; and

(b) Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**000042**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTORS' COMMERCIAL GENERAL LIABILITY BROADENED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Endorsement - Table of Contents:**

| Coverage: | Begins on Page: |
|---|---|
| 1. Employee Benefit Liability Coverage | 2 |
| 2. Unintentional Failure to Disclose Hazards | 6 |
| 3. Fire, Explosion, Lightning, Smoke, Soot and Water Damage Legal Liability | 6 |
| 4. Supplementary Payments | 8 |
| 5. Medical Payments | 8 |
| 6. Voluntary Property Damage (Coverage **a.**) and Care, Custody or Control Liability Coverage (Coverage **b.**) | 8 |
| 7. Volunteer Workers Included as Insureds | 9 |
| 8. 180 Day Coverage for Newly Formed or Acquired Organizations | 10 |
| 9. Waiver of Subrogation | 10 |
| 10. Automatic Additional Insured - Specified Relationships: | 10 |

- Managers or Lessors of Premises;
- Lessor of Leased Equipment;
- Vendors;
- State or Political Subdivisions - Permits Relating to Premises;
- State or Political Subdivisions - Permits; and
- Contractors' Operations

| | |
|---|---|
| 11. Broadened Contractual Liability - Work Within 50' of Railroad Property | 14 |
| 12. Property Damage to Borrowed Equipment | 14 |
| 13. Employees as Insureds - Specified Health Care Services: | 15 |

- Nurses;
- Emergency Medical Technicians; and
- Paramedics

| | |
|---|---|
| 14. Broadened Notice of Occurrence | 15 |

**B. Limits of Insurance:**

The Commercial General Liability Limits of Insurance apply to the insurance provided by this endorsement, except as provided below:

**1. Employee Benefit Liability Coverage**

| | |
|---|---|
| Each Claim Limit: | $ 1,000,000 |
| Aggregate Limit: | $ 3,000,000 |
| Deductible: | $ 1,000 |

**3. Fire, Explosion, Lightning, Smoke, Soot and Water Damage Legal Liability**

The lesser of:

**a.** The Each Occurrence Limit shown in the Declarations; or

**b.** $500,000

**4. Supplementary Payments**

**a.** Bail bonds: $ 1,000

**b.** Loss of earnings: $ 350

**000043**

5. **Medical Payments**

Medical Expense Limit:          $    10,000

6. **Voluntary Property Damage (Coverage a.) and Care, Custody or Control Liability Coverage (Coverage b.)**

Limits of Insurance (Each Occurrence)
Coverage **a.** $1,000
Coverage **b.** $5,000 unless otherwise stated          $ _____

Deductibles (Each Occurrence)
Coverage **a.** $250
Coverage **b.** $250 unless otherwise stated          $ _____

| COVERAGE | PREMIUM BASIS<br>**(a)** Area<br>**(b)** Payroll<br>**(c)** Gross Sales<br>**(d)** Units<br>**(e)** Other | RATE<br>(For Limits in Excess of $5,000) | ADVANCE PREMIUM<br>(For Limits in Excess of $5,000) |
|---|---|---|---|
| **b.** Care, Custody or Control | | | $ |
| | | **TOTAL ANNUAL PREMIUM** | $ |

12. **Property Damage to Borrowed Equipment**

Each Occurrence Limit:     $10,000
Deductible:          $    250

---

C. **Coverages:**

1. **Employee Benefit Liability Coverage**

   a. The following is added to **SECTION I - COVERAGES: Employee Benefit Liability Coverage.**

      **(1) Insuring Agreement**

      **(a)** We will pay those sums that the insured becomes legally obligated to pay as damages because of injury to:

      1) An employee;

      2) A person who was formerly employed by you; or

      3) Dependents or beneficiaries of a person described in **1)** or **2)** above,

      which is caused by any negligent act, error or omission committed by an insured or any other person for whose acts the insured is legally liable, arising out of the "administration" of the insured's "Employee Benefit Programs". This insurance applies only to negligent acts, errors or omissions which:

      1) Occur during the policy period; or

      2) Occurred prior to the effective date of this Coverage Part provided:

         a) No insured had knowledge of a claim or "suit" on or before the effective date of this Coverage Part; and

         b) There is no other applicable insurance.

      The negligent act, error or omission must take place in the "coverage territory".

      We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for injury to which this in-

000044

surance does not apply. We may, at our discretion, investigate and settle any claim or "suit" that may result. But:

1) The amount we will pay for damages is limited as described in **SECTION III - LIMITS OF INSURANCE**; and

2) Our right and duty to defend ends when we have used up the applicable limits of insurance in the payment of judgments or settlements under coverage provided by this Coverage Part.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**(2) Exclusions**

This insurance does not apply to any claim arising out of any of the following:

(a) "Bodily injury".

(b) "Property damage".

(c) Acts, errors or omissions of any insured that are dishonest, fraudulent, criminal or malicious.

(d) "Personal injury".

(e) "Advertising injury".

(f) Discrimination, harassment or humiliation of any person or organization.

(g) Failure of performance of a contract by any insurer.

(h) Failure of the insured to comply with any law concerning workers' compensation, unemployment insurance, social security, disability benefits, or any similar law.

(i) Failure of any investment to perform as represented by an insured, or any claim based upon advice given by an insured to an employee to participate or not to par-

ticipate in stock subscription plans.

(j) Fines or penalties imposed by law.

(k) Liability of a fiduciary imposed by the Employee Retirement Security Act of 1974 (ERISA) or any amendments to that act.

**(3) Supplementary Payments**

**SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A. AND B.** also apply to this Coverage.

**b. Who is an Insured**

As respects Employee Benefit Liability Coverage, **SECTION II - WHO IS AN INSURED** is deleted in its entirety and replaced by the following:

**(1)** If you are designated in the Declarations as:

(a) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

(b) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds but only with respect to the conduct of your business.

(c) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

(d) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

000045

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) Each of the following is also an insured:

    (a) Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you and authorization by you to act in the "administration" of the "Employee Benefit Programs".

    (b) Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

(3) Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However, coverage under this provision:

    (a) Is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

    (b) Does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**c. Limits of Insurance**

As respects Employee Benefit Liability Coverage, **SECTION III - LIMITS OF INSURANCE** is deleted in its entirety and replaced by the following:

(1) The Limits of Insurance shown in Section **B. Limits of Insurance, 1.** and the rules below fix the most we will pay regardless of the number of:

    (a) Insureds;

    (b) Claims made or "suits" brought; or

    (c) Persons or organizations making claims or bringing "suits".

(2) The Aggregate Limit shown in Section **B. Limits of Insurance, 1.** of this endorsement is the most we will pay for all claims or "suits" to which this insurance applies.

(3) Subject to the limit described in (2) above, the Each Claim Limit shown in Section **B. Limits of Insurance, 1.** of this endorsement is the most we will pay for damages arising out of any one claim or "suit".

(4) **Deductible Amount**

Our obligation to pay damages on your behalf applies only to the amount of damages in excess of the Deductible amount shown in Section **B. Limits of Insurance, 1.** of this endorsement. The Deductible amount applies to each claim or "suit".

If this Coverage Part is in effect for a period of more than one year, the limits apply separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

But if the policy period is extended for less than 12 months, the extended period will be deemed to be part of the last preceding period for purposes of determining the Limits of Insurance.

**d. Additional Conditions**

As respects Employee Benefit Liability Coverage, **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

(1) Item **2.** is deleted in its entirety and replaced by the following:

000046

**2. Duties in the Event of Negligent Act, Error, Omission, Claim or Suit**

a. You must see to it that we are notified promptly of any negligent act, error or omission which may result in a claim. Notice should include:

   (1) How, when and where the negligent act, error or omission took place; and

   (2) The names and addresses of any injured persons and witnesses.

b. If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the claim or "suit".

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

(2) Item **4.** is deleted in its entirety and replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a. **Primary insurance**

This insurance is primary except when **b.** or **c.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

b. **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

000047

**c. No Coverage**

This insurance shall not cover any loss for which the insured is entitled to recovery under any other insurance in force previous to the effective date of this Coverage Part.

**e. Additional Definitions**

As respects Employee Benefit Liability Coverage, **SECTION V - DEFINITIONS** is amended as follows:

(1) The following definitions are added:

**20.** "Administration" means:

**a.** Giving counsel to employees, including their dependents and beneficiaries, with respect to the "Employee Benefit Programs";

**b.** Interpreting the "Employee Benefit Programs";

**c.** The handling of records in connection with the "Employee Benefit Programs"; or

**d.** Effecting enrollment, termination, or cancellation of employees under the "Employee Benefit Programs";

provided all such acts are authorized by you.

**21.** "Employee Benefit Programs" means:

**a.** Group life insurance, group accident or health insurance, group dental insurance, group optical insurance;

**b.** Profit sharing plans, pension plans, employee stock subscription plans, salary continuation plans;

**c.** Workers' Compensation, unemployment insurance, social security, disability benefit insurance; or

**d.** Travel, savings or vacation plans.

"Employee Benefit Programs" do not include salary administration.

(2) Item **16.** is deleted in its entirety and replaced by the following:

**16.** "Suit" means a civil proceeding in which money damages caused by any negligent act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent;

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent; or

**c.** An appeal of a civil proceeding.

**2. Unintentional Failure to Disclose Hazards**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 6. Representations** is hereby amended by the addition of the following:

Based on our dependence upon your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we will not reject coverage under this Coverage Part based solely on such failure.

**3. Fire, Explosion, Lightning, Smoke, Soot and Water Damage Legal Liability**

**a. Fire, Explosion, Lightning, Smoke and Soot Legal Liability**

The last Subparagraph of Paragraph **2., Exclusions of COVERAGE A. - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I - COVERAGES)** is hereby deleted and replaced by the following:

000048

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exclusions **c.** through **o.** do not apply to damage by fire, explosion, lightning, smoke or soot to premises while rented to you or temporarily occupied by you with permission of the owner.

**b.** **Water Damage Legal Liability**

The insurance provided under SECTION I, COVERAGE A. applies to "property damage" arising out of water damage to premises that are both rented to and occupied by you.

**(1)** As respects Water Damage Legal Liability, as provided in Paragraph **3. b.** above:

The exclusions under SECTION I, COVERAGE A., other than **i. War** and the **Nuclear Energy Liability Exclusion**, are deleted and the following are added:

This insurance does not apply to:

**(a)** "Property damage":

**1)** Assumed in any contract; or

**2)** Loss caused by or resulting from any of the following:

   **a)** Wear and tear;

   **b)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **c)** Smog;

   **d)** Mechanical breakdown including rupture or bursting caused by centrifugal force;

   **e)** Settling, cracking, shrinking or expansion;

   **f)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(b)** Loss caused directly or indirectly by any of the following:

**1)** Earthquake, volcanic eruption, landslide or any other earth movement;

**2)** Water that backs up or overflows from a sewer, drain or sump;

**3)** Water under the ground surface pressing on, or flowing or seeping through:

   **a)** Foundations, walls, floors or paved surfaces;

   **b)** Basements, whether paved or not; or

   **c)** Doors, windows or other openings.

**(c)** Loss caused by or resulting from water that leaks or flows from plumbing, heating, air conditioning, or fire protection systems caused by or resulting from freezing, unless:

**1)** You did your best to maintain heat in the building or structure; or

**2)** You drained the equipment and shut off the water supply if the heat was not maintained.

**(d)** Loss to or damage to:

**1)** Plumbing, heating, air conditioning, fire protection systems, or other equipment or appliances; or

**2)** The interior of any building or structure, or to personal property in the building or structure caused by or resulting from rain, snow, sleet or ice, whether driven by wind or not.

**000049**

c.   **Limit of Insurance**

The Fire or Explosion Damage Limit for Any One Fire or Explosion as shown in the Declarations is amended as follows:

(1)  The title is hereby changed to:

Fire, Explosion, Lightning, Smoke, Soot and Water Damage Legal Liability Limit.

(2)  Paragraph **5.** of **SECTION III - LIMITS OF INSURANCE** is hereby deleted and replaced by the following:

5.   The Fire, Explosion, Lightning, Smoke, Soot and Water Damage Legal Liability Limit is the most we will pay under COVERAGE **A.** for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence" to which this insurance applies.

(3)  A separate limit of insurance applies to this Coverage, as described in Section **B. Limits of Insurance, 3.** of this endorsement.

4.   **Supplementary Payments**

Under **SECTION I - COVERAGE, SUPPLEMENTARY PAYMENTS - COVERAGES A. AND B.:**

a.   Paragraph **2.** is replaced by the following:

Up to the limit shown in Section **B. Limits of Insurance, 4. a.** of this endorsement for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

b.   Paragraph **4.** is replaced by the following:

All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to the limit shown in Section **B. Limits of Insurance, 4.**

**b.** of this endorsement per day because of time off from work.

5.   **Medical Payments**

a.   The second Subparagraph **(2)** of Paragraph **1. a.** of **COVERAGE C. MEDICAL PAYMENTS (SECTION I - COVERAGES)** is hereby deleted and replaced by the following:

provided that:

(2)  The expenses are incurred and reported to us within three years of the date of the accident; and

b.   The Medical Expense Limit of Any One Person as stated in the Declarations is amended to the limit shown in Section **B. Limits of Insurance, 5.** of this endorsement.

6.   **Voluntary Property Damage and Care, Custody or Control Liability Coverage**

a.   **Voluntary Property Damage Coverage**

We will pay for "property damage" to property of others arising out of operations incidental to the insured's business when:

(1)  Damage is caused by the insured; or

(2)  Damage occurs while in the insured's possession.

With your consent, we will make these payments regardless of fault.

b.   **Care, Custody or Control Liability Coverage**

Exclusion **j.**, Subparagraphs **(3)**, **(4)** and **(5)** of SECTION I, COVERAGE **A.** do not apply to "property damage" to the property of others described therein.

With respect to the insurance provided by this section of the endorsement, the following additional provisions apply:

(a)  The Limits of Insurance shown in the Declarations are replaced by the limits designated in Section **B. Limits of Insurance, 6.** of this endorsement with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in Section **B. Limits of Insurance, 6.** of this endorsement fix the most we will pay in any one "occurrence" regardless of the number of:

000050

    (1) Insureds;

    (2) Claims made or "suits" brought; or

    (3) Persons or organizations making claims or bringing "suits".

**(b) Deductible Clause**

    (1) Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" which are in excess of the deductible amount stated in Section **B. Limits of Insurance, 6.** of this endorsement. The limits of insurance will not be reduced by the application of such deductible amount.

    (2) Condition **2. Duties in the Event of Occurrence, Offense, Claim or Suit**, applies to each claim or "suit" irrespective of the amount.

    (3) We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**7. Volunteer Workers Included as Insureds**

  **a. SECTION II - WHO IS AN INSURED** is amended as follows:

    (1) Paragraph **2. a.** is hereby deleted and replaced by the following:

      **2.** Each of the following is also an insured:

        **a.** Your "employees" and "volunteer workers", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "vol-

unteer workers" is an insured for:

    (1) "Bodily injury" or "personal injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or co-"volunteer worker" while that co-"employee" or co-"volunteer worker" is either in the course of his or her employment or performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or co-"volunteer worker" as a consequence of Paragraph **(1)(a)** above;

      **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

      **(d)** Arising out of his or her providing or failing to provide professional health care

**000051**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees" or "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

(2) Subparagraph **a.** of Paragraph **3.** is hereby deleted and replaced by the following:

**a.** "Bodily injury" to a co-"employee" or co-"volunteer worker" of the person driving the equipment; or

**b.** **SECTION V - DEFINITIONS** is amended to add the following definition:

"Volunteer worker" means a natural person who volunteers to be subject to your direction and control in performing duties related to the conduct of your business, and:

(1) Is not directly or indirectly compensated by you;

(2) Is not a "temporary worker"; and

(3) Does not otherwise qualify as an "employee".

**8.   180 Day Coverage for Newly Formed or Acquired Organizations**

**SECTION II - WHO IS AN INSURED** is amended as follows:

Subparagraph **a.** of Paragraph **4.** is hereby deleted and replaced by the following:

**a.** Insurance under this provision is afforded only until the 180th day after

you acquire or form the organization or the end of the policy period, whichever is earlier;

**9.   Waiver of Subrogation**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 8. Transfer of Rights of Recovery Against Others to Us** is hereby amended by the addition of the following:

We waive any right of recovery we may have because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a written contract requiring such waiver with that person or organization and included in the "products-completed operations hazard". However, our rights may only be waived prior to the "occurrence" giving rise to the injury or damage for which we make payment under this Coverage Part.  The insured must do nothing after a loss to impair our rights. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce those rights.

**10.  Automatic Additional Insured - Specified Relationships**

**a.** The following is hereby added to **SECTION II - WHO IS AN INSURED:**

(1) Any person or organization described in Paragraph **10. a. (2)** below (hereinafter referred to as additional insured) whom you are required to add as an additional insured under this Coverage Part by reason of:

(a) A written contract or agreement; or

(b) An oral agreement or contract where a certificate of insurance showing that person or organization as an additional insured has been issued,

is an insured, provided:

(a) The written or oral contract or agreement is:

1) Currently in effect or becomes effective during the policy period; and

2) Executed prior to an "occurrence" or offense to which this insurance would apply; and

**000052**

**(b)** They are not specifically named as an additional insured under any other provision of, or endorsement added to, this Coverage Part.

**(2)** Only the following persons or organizations are additional insureds under this endorsement, and insurance coverage provided to such additional insureds is limited as provided herein:

**(a)** The manager or lessor of a premises leased to you with whom you have agreed per Paragraph **10. a. (1)** above to provide insurance, but only with respect to liability arising out of the ownership, maintenance or use of that part of a premises leased to you, subject to the following additional exclusions:

This insurance does not apply to:

**1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**2)** Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

**(b)** Any person or organization from which you lease equipment with whom you have agreed per Paragraph **10. a. (1)** above to provide insurance. Such person(s) or organization(s) are insureds solely with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organizations(s). However, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**(c)** Any person or organization (referred to below as vendor) with whom you have agreed per Paragraph **10. a. (1)** above to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

**1)** The insurance afforded the vendor does not apply to:

**a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

**b)** Any express warranty unauthorized by you;

**c)** Any physical or chemical change in the product made intentionally by the vendor;

**d)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course

**000053**

of business, in connection with the distribution or sale of the products;

f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2) This insurance does not apply to any insured person or organization:

a) From whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products; or

b) When liability included within the "products-completed operations hazard" has been excluded under this Coverage Part with respect to such products.

(d) Any state or political subdivision with which you have agreed per Paragraph 10. a. (1) above to provide insurance, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or political subdivision has issued a permit in connection with premises you own, rent or control and to which this insurance applies:

1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

2) The construction, erection, or removal of elevators; or

3) The ownership, maintenance, or use of any elevators covered by this insurance.

(e) Any state or political subdivision with which you have agreed per Paragraph 10. a. (1) above to provide insurance, subject to the following provisions:

1) This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

2) This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of operations performed for the state or political subdivision.

(f) Any person or organization with which you have agreed per Paragraph 10. a. (1) above to provide insurance, but only with respect to liability arising out of "your work" performed for that additional insured by you or on your behalf. A person or organization's status as an insured under this provision of this endorsement continues for only the period of time required by the written

000054

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

contract or agreement, but in no event beyond the expiration date of this Coverage Part. If there is no written contract or agreement, or if no period of time is required by the written contract or agreement, a person or organization's status as an insured under this endorsement ends when your operations for that insured are completed.

(3) Any insurance provided to an additional insured designated under Paragraph **10. a. (2)**:

(a) Subparagraphs **(e)** and **(f)** does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard";

(b) Subparagraphs **(a)**, **(b)**, **(d)**, **(e)** and **(f)** does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the sole negligence or willful misconduct of the additional insured or their agents, "employees" or any other representative of the additional insured; or

(c) Subparagraph **(f)** does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of:

1) Defects in design furnished by or on behalf of the additional insured; or

2) The rendering of, or failure to render, any professional architectural, engineering or surveying services, including:

a) The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

b) Supervisory, inspection, architectural or engineering activities.

b. Only with regard to insurance provided to an additional insured designated under Paragraph **10. a. (2)** Subparagraph **(f)** above, **SECTION III - LIMITS OF INSURANCE** is amended to include:

7. The limits applicable to the additional insured are those specified in the written contract or agreement or in the Declarations of this Coverage Part, whichever are less. If no limits are specified in the written contract or agreement, or if there is no written contract or agreement, the limits applicable to the additional insured are those specified in the Declarations of this Coverage Part. The limits of insurance are inclusive of and not in addition to the limits of insurance shown in the Declarations.

c. **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is hereby amended as follows:

(1) Condition **4. Other Insurance** is amended to include:

(a) Where required by a written contract or agreement, this insurance is primary and/or noncontributory as respects any other insurance policy issued to the additional insured, and such other insurance policy shall be excess and/or noncontributing, whichever applies, with this insurance.

(b) Any insurance provided by this endorsement shall be primary to other insurance available to the additional insured except:

1) As otherwise provided in **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance, b. Excess Insurance**; or

2) For any other valid and collectible insurance available to the additional insured as an

**000055**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

additional insured by attachment of an endorsement to another insurance policy that is written on an excess basis. In such case, the coverage provided under this endorsement shall also be excess.

(2) Condition **11. Conformance to Specific Written Contract or Agreement** is hereby added:

**11. Conformance to Specific Written Contract or Agreement**

With respect to additional insureds described in Paragraph **10. a. (2) (f)** above only:

If a written contract or agreement between you and the additional insured specifies that coverage for the additional insured:

**a.** Be provided by the Insurance Services Office additional insured form number **CG 20 10** (any edition); or

**b.** Include coverage for completed operations; or

**c.** Include coverage for "your work";

and where the limits or coverage provided to the additional insured is more restrictive than was specifically required in that written contract or agreement, the terms of Paragraphs **10. a. (3) (a), 10. a. (3) (b)** or **10. b.** above, or any combination thereof, shall be interpreted as providing the limits or coverage required by the terms of the written contract or agreement, but only to the extent that such limits or coverage is included within the terms of the Coverage Part to which this endorsement is attached.

000056

**11. Broadened Contractual Liability - Work Within 50' of Railroad Property**

It is hereby agreed that Paragraph **f. (1)** of Definition **8.** "Insured contract" (**SECTION V - DEFINITIONS**) is deleted.

**12. Property Damage to Borrowed Equipment**

**a.** The following is hereby added to Exclusion **j. Damage to Property** of Paragraph **2., Exclusions** of COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I - COVERAGES):

Paragraphs **(3)** and **(4)** of this exclusion do not apply to tools or equipment loaned to you, provided they are not being used to perform operations at the time of loss.

**b.** With respect to the insurance provided by this section of the endorsement, the following additional provisions apply:

**(1)** The Limits of insurance shown in the Declarations are replaced by the limits designated in Section **B. Limits of Insurance, 12.** of this endorsement with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in Section **B. Limits of Insurance, 12.** of this endorsement fix the most we will pay in any one "occurrence" regardless of the number of:

**(a)** Insureds;

**(b)** Claims made or "suits" brought; or

**(c)** Persons or organizations making claims or bring "suits".

**(2) Deductible Clause**

**(a)** Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" which are in excess of the Deductible amount stated in Section **B. Limits of Insurance, 12.** of this endorsement. The limits of insurance will not be reduced by the application of such Deductible amount.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(b)** Condition **2. Duties in the Event of Occurrence, Offense, Claim or Suit**, applies to each claim or "suit" irrespective of the amount.

**(c)** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

### 13. Employees as Insureds - Specified Health Care Services

It is hereby agreed that Paragraph **2. a. (1) (d)** of **SECTION II - WHO IS AN INSURED**, does not apply to your "employees" who provide professional health care services on your behalf as duly licensed:

**a.** Nurses;

**b.** Emergency Medical Technicians; or

**c.** Paramedics,

in the jurisdiction where an "occurrence" or offense to which this insurance applies takes place.

### 14. Broadened Notice of Occurrence

Paragraph **a.** of Condition **2. Duties in the Event of Occurrence, Offense, Claim or Suit (SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS)** is hereby deleted and replaced by the following:

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. Knowledge of an "occurrence" or an offense by your "employees" or "volunteer workers" shall not, in itself, constitute knowledge possessed by you unless one of your partners, "executive officers", directors, managers (if you are a limited liability company) or your insurance manager shall have actually received notice. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**000057**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY IN-JURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

**1.** "Bodily injury" to:

    **a.** A person arising out of any:

        **(1)** Refusal to employ that person;

        **(2)** Termination of that person's employment; or

        **(3)** Other employment-related prac-tices, policies, acts or ommissions including but not limited to coercion, criticism, de-motion, evaluation, failure to pro-mote, reassignment, discipline, defamation, harassment, humili-ation or discrimination directed at that person; or

    **b.** The spouse, child, parent, brother or sister of that person as a conse-quence of "bodily injury" to that per-son at whom any of the employment-related practices de-scribed in paragraphs **(1)**, **(2)** or **(3)** above is directed.

This exclusion applies:

    **a.** Whether the insured may be liable as an employer or in any other capacity; and

    **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

**1.** "Personal injury" to:

    **a.** A person arising out of any:

        **(1)** Refusal to employ that person;

        **(2)** Termination of employment; or

        **(3)** Other employment-related prac-tices, policies, acts or ommissions including but not limited to coercion, criticism, de-motion, evaluation, failure to pro-mote, reassignment, discipline, defamation, harassment, humili-ation or discrimination directed at that person; or

    **b.** The spouse, child, parent, brother or sister of that person as a conse-quence of "personal injury" to that person at whom any of the employment-related practices de-scribed in paragraphs **(1)**, **(2)** or **(3)** above is directed.

This exclusion applies:

    **a.** Whether the insured may be liable as an employer or in any other capacity; and

    **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Contains copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992

**000058**

GA 321 01 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS ("EIFS") AND DIRECT-APPLIED EXTERIOR FINISH SYSTEMS ("DEFS")

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

1. The following exclusion is added to Paragraph **2. Exclusions** of **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, and Paragraph **2. Exclusions** of **SECTION I - COVERAGES, COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" that arises out of, is caused by, or is attributable to, whether in whole or in part, the following:

a. The design, manufacture, sale, service, handling, construction, fabrication, preparation, installation, application, maintenance, disposal or repair, including remodeling, service, correction, or replacement, of an "exterior insulation and finish system" or "direct-applied exterior finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashing, coatings, caulking or sealant in connection with either system and including any method or procedure used to correct problems with installed or partially installed systems; or

b. Any work or operations conducted by or on behalf of any insured on or to an "exterior insulation and finish system" or "direct-applied exterior finish system", or, any component thereof, or any component of a building or structure to which an "exterior insulation and finish system" or "direct-applied exterior finish system" attaches that results, directly or indirectly, in the intrusion of water or moisture into or on any part of the building or structure.

However, this exclusion does not apply if **a.** or **b.** above was performed by or on behalf of any insured and begun before **02-23-2002**.

This exclusion shall also apply to any "bodily injury", "property damage", "personal injury" or "advertising injury":

a. For which any insured assumes liability in any part of any contract or agreement, regardless of whether such contract or agreement is an "insured contract";

b. Arising out of, caused by, or attributable to, whether in whole or in part, warranties or representations made at any time with respect to the fitness, quality, durability or performance of any "exterior insulation and finish system" or "direct-applied exterior finish system"; and

c. Arising out of, caused by, or attributable to, whether in whole or in part, the providing of or failure to provide any warning or instructions with regard to any "exterior insulation and finish system" or "direct-applied exterior finish system".

2. **SECTION V - DEFINITIONS** is amended to include the following:

a. "Exterior insulation and finish system" (commonly referred to as synthetic stucco or EIFS) means an exterior cladding or finish system and all component parts therein, used on any part of any structure, and consisting of:

(1) A rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

(2) The adhesive and / or mechanical fasteners used to attach the insulation board to the substrate;

(3) A reinforced or unreinforced base coat or mesh;

(4) A finish coat providing surface texture to which color may be added; and

(5) Any flashing, caulking or sealant used with the system for any purpose.

b. "Direct-applied exterior finish system" (commonly referred to as DEFS) means an exterior cladding or finish system used on any part of any structure, and consisting of:

(1) A rigid or semi-rigid substrate;

**000059**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GA 373 09 01

Page 1 of 2

(2) The adhesive and / or mechanical fasteners used to attach the substrate to the structure including any water-durable exterior wall substrate;

(3) A reinforced or unreinforced base coat or mesh;

(4) A finish coat providing surface texture to which color may be added; and

(5) Any flashing, caulking or sealant used with the system for any purpose.

000060

GA 373 09 01            Includes copyrighted material of Insurance
                       Services Office, Inc., with its permission.            Page 2 of 2

T J ADAMS GROUP LLC
333 E BUTTERFIELD RD
SUITE 500
LOMBARD IL   60148

12207

Dear Agent:

Our Commercial Lines Team has taken considerable care to process this policy correctly. We think you will be pleased with its neatness and accuracy.  HOWEVER, IF THE POLICY HAS NOT BEEN PRODUCED TO YOUR SATISFACTION PLEASE INDICATE THE PROBLEMS AND RETURN IT DIRECTLY TO MY ATTENTION VIA FAX (513) 881-8656.  I will see that the corrected policy is processed on a priority basis.

Thank you for placing this coverage with The Cincinnati Insurance Companies!

Best Regards,

Thomas A. Joseph
Senior Vice President
Commercial Lines

Policy Number: **CPP 073 18 29 ∕ CPA 073 18 29**

Effective Date:      **02-23-2003**

Named Insured:   **GREG GREENHILL CONSTRUCTION CO., INC.**

| | |
|---|---|
| Underwriter | **LINDA WITTERIDE** |
| Rater | **SHARON PATTERSON** |
| Typist | **LINDA BOWLING** |

| PREMIUM | COMMISSION |
|---|---|
| **67,208 ANNUAL∕ INST. PREM.** | **20%** |

000061

# THE CINCINNATI INSURANCE COMPANY

## LIABILITY PREMIUM ADJUSTMENT STATEMENT

INSURED: GREG GREENHILL CONSTRUCTION COMPANY, INC     POLICY NO: CPP 0731829

AGENT: T. J. ADAMS GROUP (12207)

| POLICY PERIOD From 02/23/02 To 02/23/03 TERM OF AUDIT From 02/23/02 To 02/23/03 | | PREMIUM BASIS A. Area B. Payroll C. Sales E. Cost/ Each/ Other | ADDITIONAL PREMIUMS ARE DUE UPON PRESENTATION OF A STATEMENT | | | |
|---|---|---|---|---|---|---|
| | | | RATES | | EARNED PREMIUM | |
| CLASS# CODE | CLASSIFICATION | | Prod/ Comp. Op. | All Other | Prod/ Comp. Op. | All Other |
| 91585 IL | CONTRACTORS-SUB WORK | E   48000 | 1.080 | 0.371 | 52 | 18 |
| 92215 IL | DRIVEWAY, PARKING, SIDEWALK | B   1592949 | 1.746 | 13.505 | 2781 | 21513 |
| 29939 IL | AUTOMATIC ADDITIONAL INSURED CONTRACTOR | 24364 | 0.000 | 0.035 | 0 | 853 |
| 20410 IL | B.I. EXCEPTIONS TO POLLUTANT EXCLUSIONS -PREF | 21531 | 0.000 | 0.020 | 0 | 431 |

| | | |
|---|---|---|
| Total Earned Premium: | $2,833 | $22,815 |
| Deposit Premium: | $3,610 | $27,326 |
| Return Premium: | ($777) | ($4,511) |
| Net Return Premium: | ($5,288) | |

CLB PMS SEP 2 9 2003

DATA ENTRY

AUG 2 8 2003

RECEIVED

IA 405 03 94     000062     8/26/2003 (KDI - EMG)

THE CINCINNATI INSURANCE COMPANY
**GENERAL CHANGE ENDORSEMENT**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

Attached to and forming part of Policy No. CPP 0731829
Issued to:  GREG GREENHILL CONSTRUCTION CO., INC.
Effective Date of Endorsement 4/28/2003

Agency:  T.J. ADAMS GROUP LLC    12-207

Additional Premium Due at Endorsement Effective Date NONE

Subsequent Quarterly Installments Decreased by
Revised Installment Payment
    Not including Auto Premiums

ADDING FORM GA236 ATTACHED

KT8 PMS JUL 3 0 2003



User ID:  SPATTER
Activity Date: 6/16/2003                    Ratebook: 3/1/2003 (IL)                    Quote Number: 50056

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED        **000063**

IA 407 01 95