IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) No. 07-CV-6722 <br> ) |
| MPI-1 DEVELOPMENT, LLC, CORNELIA JOHNSON and DONNA MORSOVILLO  , | ) Judge Zagel <br> ) Magistrate Judge Keys <br> ) |
| Defendants. | ) <br> ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for plaintiff CINCINNATI INSURANCE COMPANY, furnishes the following in compliance with Local Rule 3.2B of this Court:

(1) The full name of every party that the attorney represents in the case:

The Cincinnati Insurance Company, an Ohio Corporation

(2) If such party or amicus is a corporation:

   (a) its parent corporation, if any; and

   Cincinnati Financial Corporation

   (b) a list of corporate stockholders which are public held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

   Cincinnati Financial Corporation

(3) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Litchfield Cavo LLP

Attorney's Signature: _/s/ Hope Nightingale_   Date: Nov. 29, 2007

Attorney's Printed Name:   Hope G. Nightingale
Address:   303 West Madison, Suite 200, Chicago, Illinois  60606
Phone Number:   312-781-6614
Fax Number:   312-781-6630
E-Mail Address:   nightingale@litchfieldcavo.com