IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 07 CV 6722 |
| vs. | ) ) ) | Judge James B. Zagel |
| MPI-1 DEVELOPMENT, LLC, CORNELIA JOHNSON, DONNA MORSOVILLO and MOSER ENTERPRISES, INC. | ) ) ) ) ) | Judge Arlander Keys |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I electronically filed with the Clerk of the Court the **AMENDED COMPLAINT FOR DECLARATORY JUDGMEN**T of Cincinnati Insurance Company, using the CM/ECF system which will send notification of such filing to the following:

David Statham
Newman, Boyer & Statham Ltd.
20 N. Clark St., Suite 800
Chicago, IL 60602-4119

James Koehler
Gant, Ross & Fanning
550 West Washington Blvd., Suite 1600
Chicago, Illinois 60661

Mr. John P. Goggin
1250 North Dearborn
Chicago, Illinois 60610

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

None

By:   s/Hope G. Nightingale
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
(312) 781-6614
(312) 781-6630 facsimile
A.R.D.C. No. 06184864