IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) ) ) | |
| ) Plaintiff, ) ) | No. 07 CV 6722 |
| ) vs. ) ) | Judge James B. Zagel |
| ) MPI-1 DEVELOPMENT, LLC, CORNELIA ) JOHNSON, DONNA MORSOVILLO and ) MOSER ENTERPRISES, INC. ) ) Defendants. ) | Magistrate Judge Arlander Keys |

### MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS PURSUANT TO STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Cincinnati Insurance Company ("Cincinnati") moves to voluntarily dismiss certain defendants from this action and states as follows:

1. Cincinnati filed this action on November 29, 2007, seeking a declaration that it has no obligation under a commercial general liability insurance policy to defend or indemnify MPI-1 Development, LLC, Cornelia Johnson or Donna Morsovillo.

2. On December 17, 2007, Cincinnati filed an Amended Complaint adding Moser Enterprises, Inc. as a Defendant.

3. To date, no defendants have appeared in this action. No defendant has filed an answer to the complaint or a motion for summary judgment.

4. Defendants Cornelia Johnson and Donna Morsovillo were both nominal defendants. Both have signed stipulations to be bound to any judgment reached in this matter. True and accurate copies of the signed stipulations are appended hereto as

Exhibits A and B, respectively.  Accordingly, Cincinnati moves for the entry of an order voluntarily dismissing Cornelia Johnson and Donna Morsovillo from this action pursuant to Fed. R. Civ. P. 41(a)(1)(i).

     5.    Cincinnati requests that this action remain pending as to Defendants MPI-1 Development, LLC and Moser Enterprises, Inc.


Date: January 3, 2008                    Respectfully submitted:
                                               Cincinnati Insurance Company

                                               By:_____S/Hope Nightingale_____


Hope G. Nightingale (ARDC # 6184864)
Kathleen L. Bianco (ARDC # 6283357)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL 60606
312/781-6614 (Ms. Nightingale)
312/781-6621 (Ms. Bianco)
312/781-6630 (Facsimile)