IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MPI-1 DEVELOPMENT, LLC, CORNELIA ) <br> JOHNSON, DONNA MORSOVILLO and ) <br> MOSER ENTERPRISES, INC. ) <br> ) <br> Defendants. ) | No. 07 CV 6722 <br><br> Judge James B. Zagel <br><br> Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the Tuesday, January 15, 2007 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, in courtroom 2503, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL and then and there present the **MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS**, a copy of which will be served upon you using the CM/ECF system.

By:   s/Hope G. Nightingale
       Attorney for Plaintiff

Hope G. Nightingale
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606-3309
(312) 781-6614
(312) 781-6630 Fax
A.R.D.C. No. 06184864

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2007, I electronically filed the foregoing Notice and the document referred to therein with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties pursuant to the court's CM/ECF system.

                                 By:   s/Hope G. Nightingale
                                         Hope G. Nightingale
                                         LITCHFIELD CAVO LLP
                                         303 West Madison, Suite 300
                                         Chicago, Illinois 60606
                                         (312) 781-6614
                                         (312) 781-6630  Fax
                                         A.R.D.C. No. 06184864