IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) No. 07 CV 6722 ) ) Judge James B. Zagel |
| vs. | ) ) ) Magistrate Judge Arlander Keys |
| MPI-1 DEVELOPMENT, LLC, CORNELIA JOHNSON, DONNA MORSOVILLO and MOSER ENTERPRISES, INC. | ) ) ) ) |
| Defendants. | ) ) |

**EXHIBIT A AND B TO MOTION TO DISMISS CERTAIN DEFENDANTS PURSUANT TO STIPULATION**

Date: January 4, 2008

Respectfully submitted:
Cincinnati Insurance Company

By: _____s/Hope Nightingale_____
Attorney for Plaintiff

Hope G. Nightingale (ARDC # 6184864)
Kathleen L. Bianco (ARDC # 6283357)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL 60606
312/781-6614 (Ms. Nightingale)
312/781-6621 (Ms. Bianco)
312/781-6630 (Facsimile)