## STIPULATION TO DISMISS DEFENDANT CORNELIA JOHNSON
## FROM DECLARATORY JUDGMENT ACTION RE INSURANCE COVERAGE

Plaintiff Cincinnati Insurance Company ("Cincinnati") and Defendant Cornelia Johnson hereby stipulate and agree as follows:

1. Cincinnati has initiated a lawsuit in the United States District Court for the Northern District of Illinois, captioned *Cincinnati Insurance Company v. MPI-1 Development, LLC, et al.*, case number 07-cv-6722 (the "Cincinnati declaratory judgment action") against MPI-1 Development, LLC ("MPI-1"), Donna Morsovillo ("Morsovillo") and Cornelia Johnson ("Johnson").

2. Cincinnati seeks in the Cincinnati declaratory judgment action a ruling that Cincinnati owes no insurance coverage to MPI-1 under Cincinnati policy number CPP 073 18 29 (the "Disputed Policy") with respect to the claims that have been asserted against it in the case captioned *Cornelia Johnson v. James Scott Custom Builders, et al.*, Case No. 04 L 434, Will County, Illinois (the "*Johnson* lawsuit") and the case captioned *Morsovillo v. Northern Illinois Home Builders Association, et al.*, No. 05 L 522, Will County, Illinois (the "*Morsovillo* lawsuit").

3. Johnson agrees not to challenge any determination made by the court with respect to the claims and defenses asserted in the Cincinnati declaratory action, or to any settlement of those claims and defenses as between Cincinnati and MPI-1, with respect to the issue of whether Cincinnati owes insurance coverage to MPI-1 under the Disputed Policy.

4. In consideration of the above, Cincinnati agrees to voluntarily dismiss Johnson from the Cincinnati declaratory judgment action, without costs as to either party.

5. Cincinnati and Johnson agree that this Stipulation shall be binding upon the successors and assigns of Cincinnati and Johnson. Johnson further represents that she has not assigned or in any way transferred her rights or claims in the *Johnson* lawsuit to any third party.

CORNELIA JOHNSON

By: _____    Dated: 12/19/07

Title: Attorney

CINCINNATI INSURANCE COMPANY

By: _____    Dated: 1/3/08

Title: Attorney

EXHIBIT A

1

## STIPULATION TO DISMISS DEFENDANT DONNA MORSOVILLO FROM DECLARATORY JUDGMENT ACTION RE INSURANCE COVERAGE

Plaintiff Cincinnati Insurance Company ("Cincinnati") and Defendant Donna Morsovillo hereby stipulate and agree as follows:

1. Cincinnati has initiated a lawsuit in the United States District Court for the Northern District of Illinois, captioned *Cincinnati Insurance Company v. MPI-1 Development, LLC, et al.*, case number 07-cv-6722 (the "Cincinnati declaratory judgment action") against MPI-1 Development, LLC ("MPI-1"), Cornelia Johnson ("Johnson") and Donna Morsovillo ("Morsovillo").

2. Cincinnati seeks in the Cincinnati declaratory judgment action a ruling that Cincinnati owes no insurance coverage to MPI-1 under Cincinnati policy number CPP 073 18 29 (the "Disputed Policy") with respect to the claims that have been asserted against it in the case captioned *Cornelia Johnson v. James Scott Custom Builders, et al.*, Case No. 04 L 434, Will County, Illinois (the "Johnson lawsuit") and the case captioned *Morsovillo v. Northern Illinois Home Builders Association, et al.*, No. 05 L 522, Will County, Illinois (the "Morsovillo lawsuit").

3. Morsovillo agrees not to challenge any determination made by the court with respect to the claims and defenses asserted in the Cincinnati declaratory action, or to any settlement of those claims and defenses as between Cincinnati and MPI-1, with respect to the issue of whether Cincinnati owes insurance coverage to MPI-1 under the Disputed Policy.

4. In consideration of the above, Cincinnati agrees to voluntarily dismiss Morsovillo from the Cincinnati declaratory judgment action, without costs as to either party.

5. Cincinnati and Morsovillo agree that this Stipulation shall be binding upon the successors and assigns of Cincinnati and Morsovillo. Morsovillo further represents that she has not assigned or in any way transferred her rights or claims in the *Morsovillo* lawsuit to any third party.

DONNA MORSOVILLO

By: _[signature]_                    Dated: 12/18/07

Title: Attorney

CINCINNATI INSURANCE COMPANY

By: _[signature] Nightingale_        Dated: 1/3/08

Title: Attorney

EXHIBIT B

1