IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>MPI-1 DEVELOPMENT, LLC, CORNELIA JOHNSON, DONNA MORSOVILLO and MOSER ENTERPRISES, INC.<br><br>        Defendants. | No. 07 CV 6722<br><br>Judge James B. Zagel<br><br>Magistrate Judge Arlander Keys |

**MOTION TO VOLUNTARILY DISMISS MPI-1 DEVELOPMENT LLC
PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff Cincinnati Insurance Company ("Cincinnati") moves to voluntarily dismiss MPI-1 Development LLC ("MPI-1") from this action and states as follows:

    1.    Cincinnati filed this action on November 29, 2007, seeking a declaration that it has no obligation under a commercial general liability insurance policy to defend or indemnify MPI-1 Development, LLC, Cornelia Johnson or Donna Morsovillo.

    2.    On December 17, 2007, Cincinnati filed an Amended Complaint adding Moser Enterprises, Inc. as a Defendant.

    3.    On January 14, 2008, Cornelia Johnson ("Johnson") and Donna Morsovillo ("Morsovillo") were voluntarily dismissed pursuant to stipulations to be bound by the judgment in this action signed by both Johnson and Morsovillo.

    4.    To date, no defendants have appeared in this action. No defendant has filed an answer to the complaint or a motion for summary judgment.

5. On April 2, 2008, MPI-1 and Cincinnati signed a Settlement Agreement and Mutual Release whereby MPI-1 agreed to drop any claim for insurance coverage from Cincinnati in connection with the Johnson and Morsovillo lawsuits underlying this declaratory judgment action. A true and accurate copy of the signed Settlement Agreement and Mutual Release are appended hereto as Exhibit A. Accordingly, Cincinnati moves for the entry of an order voluntarily dismissing MPI-1 from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

6. Cincinnati requests that this action remain pending as to Moser Enterprises, Inc.

Date: April 7, 2008

Respectfully submitted:

Cincinnati Insurance Company

By: _____S/Hope Nightingale_____

Hope G. Nightingale (ARDC # 6184864)
Kathleen L. Bianco (ARDC # 6283357)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL 60606
312/781-6614 (Ms. Nightingale)
312/781-6621 (Ms. Bianco)
312/781-6630 (Facsimile)

### SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This settlement agreement and mutual release ("Agreement") is entered into this 2nd day of April, 2008, by and among MPI-1 Development, LLC ("MPI-1"), and CINCINNATI INSURANCE COMPANY ("Cincinnati") (collectively, the "Parties").

### RECITALS

A. In October 2002, MPI-1 hired Greg Greenhill Construction Co. ("Greenhill") as a subcontractor to construct and install concrete curbing in the Grande Park subdivision in Plainfield, Illinois. During separate showings of homes in the Grande Park Subdivision, Cornelia Johnson ("Johnson") and Donna Morsovillo "(Morsovillo") allegedly were injured when they fell near the curbing in the subdivision. Johnson and Morsovillo each filed suit against MPI-1, in lawsuits captioned *Cornelia Johnson v. James Scott Custom Builders, et al.*, case no. 2004 L 434, pending in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois (the "Johnson lawsuit") and *Donna Morsovillo v. Northern Illinois Home Builders d/b/a Cavalcade of Homes, et al.*, case no. 2005 L 522, pending in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois (the "Morsovillo lawsuit").

B. MPI-1 tendered its defense in both the Johnson and Morsovillo lawsuits to Cincinnati, claiming to be an additional insured and seeking insurance coverage under insurance policies issued by Cincinnati to Greenhill. The policies under which it sought coverage were policy no. CPP 073 18 29 (the "Primary Policy") and policy no. CCC 448 50 58 (the "Umbrella Policy").

C. In response to the tenders from MPI-1, Cincinnati filed a Complaint for Declaratory Judgment against MPI-1 and others, in a lawsuit styled *Cincinnati Insurance*



EXHIBIT A

Company v. MPI-1 Development, LLC et al., case no. 07 CV 6722 (N.D. Ill.) (the "Declaratory Judgment Action"), seeking a ruling on that coverage dispute.

D.   MPI-1 and Cincinnati have resolved their dispute concerning insurance coverage for the Johnson and Morsovillo lawsuits.

F.   The Parties hereto desire to amicably resolve and discontinue their differences and to avoid the costs and risks of any further litigation between them and to resolve a legitimate dispute as to the existence and extent of insurance coverage for MPI-1 in the Johnson and Morsovillo lawsuits.

## AGREEMENT

For good and sufficient consideration, the receipt and sufficiency of which is acknowledged by each party to this agreement, the Parties agree as follows:

1.   Upon exchange of the executed copies of this Agreement, MPI-1 and Cincinnati mutually release and forever discharge each other and each of their shareholders, directors, officers, owners, representatives, employees, agents, attorneys, insurers and each of their heirs, successors and assigns, from any and all claims, demands, and liabilities, whether known or unknown, whether foreseeable or not, relating in any way to the Johnson and Morsovillo lawsuits.

2.   MPI-1 agrees to drop any claim for insurance coverage from Cincinnati in connection with the Johnson and Morsovillo lawsuits, including the cost of defense, judgment or settlement.

3.   Cincinnati agrees to dismiss the Declaratory Judgment Action with prejudice.

4. The Parties hereto agree that this Agreement is binding upon each of their shareholders, directors, officers, owners, representatives, employees, agents, attorneys, insurers, and each of their heirs, successors and assigns.

5. This Agreement is for the compromise of disputed claims as between Cincinnati and MPI-1. This Agreement shall not be construed as an admission by Cincinnati regarding any duties, rights or obligations, whether arising or allegedly arising under the Policies or under statute, contract, tort or otherwise, in connection with the dispute between MPI-1 and Johnson and Morsovillo.

6. Each Party to this Agreement represents that it has not sold, assigned or otherwise transferred the claims or any part of such claims being released herein, and each Party further warrants and represents that it will not hereafter sell, assign or otherwise transfer the claims or any part of such claims being released herein.

7. The wording of the Agreement was reviewed and accepted by legal counsel for the Parties prior to its being signed by them. No Party shall be entitled to have any wording of the Agreement construed against another Party on the basis that the other Party drafted that particular wording.

8. The Parties agree that the foregoing constitutes the entire agreement and mutual release among the Parties hereto and that no other conditions, real or implied are involved.

9. This Agreement may be executed by the Parties in multiple counterparts, each of which shall be considered one and the same instrument.

IN WITNESS WHEREOF, this Agreement has been read and signed in duplicate originals by the duly authorized representatives of the parties.

**MPI-1 Development, LLC**

Date: 04.02.08

By: *[signature] John P. Zodily*

Its: Prez

**CINCINNATI INSURANCE COMPANY**

Date: 4-6-08

By: *Kathleen L. Bianco*

Its: attorney