IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MPI-1 DEVELOPMENT, LLC, CORNELIA JOHNSON, DONNA MORSOVILLO and MOSER ENTERPRISES, INC.<br><br>　　　　Defendants. | No. 07 CV 6722<br><br>Judge James B. Zagel<br><br>Magistrate Judge Arlander Keys |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**
**PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff Cincinnati Insurance Company ("Cincinnati") moves to voluntarily dismiss this case pursuant to settlement and stipulations. In support hereof, Cincinnati states as follows:

1. Cincinnati filed this action on November 29, 2007, seeking a declaration that it has no obligation under a commercial general liability insurance policy to defend or indemnify MPI-1 Development, LLC under two underlying personal injury lawsuits (the "Johnson case" and the "Morsovillo case"). Cincinnati named the underlying plaintiffs, Cornelia Johnson or Donna Morsovillo, as potentially necessary parties.

2. On December 17, 2007, Cincinnati filed an Amended Complaint adding Moser Enterprises, Inc. as a Defendant in this action, based on Moser's request for insurance coverage in the Johnson case.

3. To date, no defendants have appeared in this action. No defendant has filed an answer to the complaint or a motion for summary judgment.

4. On January 14, 2008, underlying plaintiffs Cornelia Johnson ("Johnson") and Donna Morsovillo ("Morsovillo") were voluntarily dismissed from this case, pursuant to their signed stipulations to be bound by the outcome of this action.

5. On April 2, 2008, defendant MPI-1 and Cincinnati signed a Settlement Agreement and Mutual Release whereby MPI-1 agreed to drop any claim for insurance coverage from Cincinnati in connection with the underlying Johnson and Morsovillo lawsuits. On April 7, 2008, Cincinnati filed a motion to voluntarily dismiss MPI-1 pursuant to that agreement.

6. On April 15, 2008, defendant Moser Enterprises and Cincinnati signed a Settlement Agreement and Mutual Release whereby Moser agreed to drop any claim for insurance coverage from Cincinnati in connection with the underlying Johnson lawsuit. A true and accurate copy of the signed Settlement Agreement and Mutual Release is appended hereto as Exhibit A.

6. As a result of the above, all of the claims for insurance coverage that were at issue in this case have been resolved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Cincinnati moves for the entry of an order dismissing this case.

Date: April 15, 2008

Respectfully submitted:

Cincinnati Insurance Company

By:_____S/Hope Nightingale_____

Hope G. Nightingale (ARDC # 6184864)
Kathleen L. Bianco (ARDC # 6283357)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL 60606

312/781-6614 (Ms. Nightingale)
312/781-6621 (Ms. Bianco)
312/781-6630 (Facsimile)

# EXHIBIT A

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This settlement agreement and mutual release ("Agreement") is entered into this 15th day of April, 2008, by and among MOSER ENTERPRISES, INC. ("Moser"), and CINCINNATI INSURANCE COMPANY ("Cincinnati") (collectively, the "Parties").

### RECITALS

A.  In October 2002, MPI-1 Development, LLC, of which Moser is a member, hired Greg Greenhill Construction Co. ("Greenhill") as a subcontractor to construct and install concrete curbing in the Grande Park subdivision in Plainfield, Illinois. During a showing of homes in the Grande Park Subdivision, Cornelia Johnson ("Johnson") allegedly was injured when she fell near the curbing in the subdivision. Johnson filed suit against Moser, in a lawsuit captioned *Cornelia Johnson v. James Scott Custom Builders, et al.*, case no. 2004 L 434, pending in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois (the "Johnson lawsuit").

B.  After Cincinnati had already filed its Complaint for Declaratory Judgment against certain other parties seeking a ruling on coverage (the "Declaratory Judgment Action"), Moser tendered its defense in the Johnson lawsuit to Cincinnati, claiming to be an additional insured and seeking insurance coverage under insurance policies issued by Cincinnati to Greenhill. The policies under which it sought coverage were policy no. CPP 073 18 29 (the "Primary Policy") and policy no. CCC 448 50 58 (the "Umbrella Policy").

C.  In response to the tender from Moser, Cincinnati filed an Amended Complaint for Declaratory Judgment, adding Moser as a defendant in the Declaratory Judgment Action and seeking a ruling on that coverage dispute. The Declaratory Judgment Action is styled

*Cincinnati Insurance Company v. MPI-1 Development, LLC et al.*, case no. 07 CV 6722 (N.D. Ill.)

    D.    Moser and Cincinnati have resolved their dispute concerning insurance coverage for the Johnson lawsuit.

    F.    The Parties hereto desire to amicably resolve and discontinue their differences and to avoid the costs and risks of any further litigation between them and to resolve a legitimate dispute as to the existence and extent of insurance coverage for Moser in the Johnson lawsuit.

## AGREEMENT

For good and sufficient consideration, the receipt and sufficiency of which is acknowledged by each party to this agreement, the Parties agree as follows:

    1.    Upon exchange of the executed copies of this Agreement, Moser and Cincinnati mutually release and forever discharge each other and each of their shareholders, directors, officers, owners, representatives, employees, agents, attorneys, insurers and each of their heirs, successors and assigns, from any and all claims, demands, and liabilities, whether known or unknown, whether foreseeable or not, relating in any way to the Johnson lawsuit.

    2.    Moser agrees to drop any claim for insurance coverage from Cincinnati in connection with the Johnson lawsuit, including the cost of defense, judgment or settlement.

    3.    Cincinnati agrees to dismiss the Declaratory Judgment Action with prejudice.

    4.    The Parties hereto agree that this Agreement is binding upon each of their shareholders, directors, officers, owners, representatives, employees, agents, attorneys, insurers, and each of their heirs, successors and assigns.

4/14/2008 5:01 PM   FROM: Fax Moser Enterprises, Inc.   TO: 9   1 312 7816630   PAGE: 004 OF 005

5.   This Agreement is for the compromise of disputed claims as between Cincinnati and Moser. This Agreement shall not be construed as an admission by Cincinnati regarding any duties, rights or obligations, whether arising or allegedly arising under the Policies or under statute, contract, tort or otherwise, in connection with the dispute between Moser and Johnson.

6.   Each Party to this Agreement represents that it has not sold, assigned or otherwise transferred the claims or any part of such claims being released herein, and each Party further warrants and represents that it will not hereafter sell, assign or otherwise transfer the claims or any part of such claims being released herein.

7.   The wording of the Agreement was reviewed and accepted by legal counsel for the Parties prior to its being signed by them. No Party shall be entitled to have any wording of the Agreement construed against another Party on the basis that the other Party drafted that particular wording.

8.   The Parties agree that the foregoing constitutes the entire agreement and mutual release among the Parties hereto and that no other conditions, real or implied are involved.

9.   This Agreement may be executed by the Parties in multiple counterparts, each of which shall be considered one and the same instrument.

IN WITNESS WHEREOF, this Agreement has been read and signed in duplicate originals by the duly authorized representatives of the parties.

**Moser Enterprises, Inc.**

Date: 04-15-08        By: _/s/ John P. Zediker_
                           John Zediker
                      Its:  President and CEO


**CINCINNATI INSURANCE COMPANY**

Date: 04-14-08        By: _Kathleen L Bianco_
                      Its: _Attorney_